

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2017

No. 04-17-00065-CV

**IN THE ESTATE OF STEVEN DESMER LAMBECK, DECEASED,**

From the County Court, Wilson County, Texas
Trial Court No. PR-07450
Judge Kathleen S Stone, Judge Presiding

# O R D E R

Appellant Helen Lambeck's motion for extension of time to file a reply brief to the brief of Appellee James House is GRANTED. The reply brief is due on **August 15, 2017**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk